Kevin D. McCullough
State Bar No. 00788005
Kathryn G. Reid
State Bar No. 24068126
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
325 North St. Paul, Suite 4500
Dallas, Texas 75201
(214) 953-0182 (Telephone)
(214) 953-0185 (Facsimile)
Email: kdm@romclaw.com
Email: kreid@romclaw.com
Email: sthomas@romclaw.com

GENERAL COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| MFF DCK, LLC, *et al.*, [1] | § | |
| | § | Case No. 17-40850-mxm7 |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |
| | § | |
| SHAWN K. BROWN, as | § | |
| Chapter 7 Trustee, | § | |
| | § | ADVERSARY NO. _____ |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VICTORY PACKAGING, L.P. | § | |
| Defendant. | § | |
| | § | |
| | § | |

---

[1] The Debtors and their respective case numbers are as follows: MFF DCK, LLC (Case No. 17-40850-rfn7); My Fit Foods California, LLC (Case No. 17-40853-mxm7); My Fit Foods Oklahoma, LLC (Case No. 17-40855-mxm7); Fit Dog, LLC (Case No. 17-40857-rfn7); Rojo Pedro, LLC (Case No. 17-40859-rfn7); My Fit Dallas, LLC (Case No. 17-40860-mxm7); My Fit Foods, LLC (Case No. 17-40861-rfn7); My Fit Foods Payroll, LLC (Case No. 17-40863-mxm7); My Fit Foods Arizona, LLC fka MFF Dallas South, LLC (Case No. 17-40864-mxm7); MFF South Houston, LLC (Case No. 17-40865-rfn7); My Fit Foods Colorado, LLC (Case No. 17-40866-mxm7); Chita Dog, LLC (Case No. 17-40867-rfn7); My Fit Nation, LLC (Case No. 17-40868-mxm7); My Fit Foods Illinois, LLC (Case No. 17-40869-rfn7); My Fit Foods Nevada, LLC fka MFF Longhorns (Case No. 17-40871-rfn7); My Fit Foods USA, LLC fka Mendias & Milton, LLC (Case No. 17-40872-mxm7); MFF Hillbird, LLC (Case No. 17-40873-rfn7).

## TRUSTEE'S ORIGINAL COMPLAINT AGAINST
## VICTORY PACKAGING, L.P.

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Shawn K. Brown, as Chapter 7 Trustee in the above-captioned case (the "Trustee"), and files his Original Complaint (the "Complaint") against Victory Packaging, L.P. ("Victory") to avoid and recover preferential transfers, and in support thereof would respectfully show the Court as follows:

### I.      BACKGROUND

1.      On March 3, 2017 (the "Petition Date"), the above-named debtors (the "Debtors") each commenced a case by filing voluntary petitions for relief under Chapter 7 of the Bankruptcy Code, thereby initiating these cases (the "Bankruptcy Cases").  Shawn K. Brown was appointed as Chapter 7 Trustee in all of the Bankruptcy Cases.

2.      On April 12, 2017, the Court  entered an Order granting joint administration of the Bankruptcy Cases.

3.      Prior to filing bankruptcy, the Debtors were in the business of making and selling single-serving, pre-made healthy meals in the retail market.  At their peak, the Debtors operated more than 50 retail locations in five states.

4.      Defendant Victory provides food packaging and shipping resources and was used by the Debtors prior to their bankruptcy filing.

## II.    JURISDICTION AND VENUE

5.    This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. 157(b)(2)(A),(E),(F) and (O).  Venue is proper in this Court under 28 U.S.C. § 1409.

## III.    PARTIES

6.    The Plaintiff, Shawn K. Brown, is the duly appointed and acting Chapter 7 Trustee of the above referenced Bankruptcy Cases, and it is in said capacity that he brings the instant causes of action.

7.    Defendant Victory Packaging, L.P is a  Texas limited partnership and may be served through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701.

## IV.    ALLEGATIONS IN SUPPORT OF CAUSE OF ACTION

8.    Trustee seeks to avoid certain pre-petition transfer(s) of the Debtors' interest in property to Victory totaling $28,940.76 (collectively, the "Transfers").

9.    Detail regarding the Transfers is set forth below:

| Check No. | Check Clear Date | Amount |
|---|---|---|
| 2482 | 12/07/16 | $3,381.90 |
| 2508 | 12/22/16 | $10,200.36 |
| 2525 | 12/28/16 | $4,835.60 |
| 2535 | 01/04/17 | $3,188.40 |
| 2554 | 01/11/17 | $4,359.50 |
| 2615 | 01/30/17 | $2,975.00 |

10.    The Transfers were made to or for the benefit of Victory.

11.    Victory is the initial transferee of the Transfers.

12.    The Transfers were made while the Debtors were insolvent.

13.     At the time of the Transfers, Victory was a creditor of the Debtors.

14.     The Transfers were made for, or on account of, an antecedent debt owed by the Debtors to Victory before such Transfers were made.

15.     The Transfers were made on or within 90 days before the Petition Date.

16.     The Transfers enabled Victory to receive more than it would receive as a creditor if: (a) the Debtors' cases were cases under chapter 7 of this title; (b) the Transfers had not been made; and (c) Victory received payment of such debt to the extent provided by the provisions of this title.

## IV.   CLAIM FOR RELIEF – AVOIDANCE OF PREFERENCES

17.     Trustee incorporates by reference all allegations contained in paragraphs 1- 16 above.

18.     Trustee is entitled to avoid the Transfers or the value of the Transfers as preferential payments under Sections 544 and 547 of the Bankruptcy Code.

19.     Pursuant to Section 550 of the Bankruptcy Code, Trustee is entitled to recover from Victory $28,940.76.

## VII.   PRAYER

WHEREFORE, Trustee respectfully prays that this Court:

(i)     avoid and recover the Transfers described in this Complaint pursuant to Sections 544, 547 and/or 550 of the Bankruptcy Code; and

(ii)    enter judgment in favor of Trustee and against Victory in an amount equal to the sum of the Transfers, $28,940.76 plus pre-judgment and post-judgment interest for each payment, costs and attorneys' fees;

(iii)    disallow defendant Victory's proof of claim, filed in the Bankruptcy Cases, pursuant to Section 502(d) of the Bankruptcy Code; and

(iii)    grant Trustee such other relief as this Court deems just and proper.

Dated: March 1, 2019.

Respectfully Submitted,

**ROCHELLE MCCULLOUGH, LLP**

*/s/ Shannon S. Thomas*
Kevin D. McCullough
State Bar No. 00788005
Kathryn G. Reid
State Bar No. 24068126
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
325 North St. Paul, Suite 4500
Dallas, Texas 75201
(214) 953-0182 (Telephone)
(214) 953-0185 (Facsimile)
Email: kdm@romclaw.com
Email: kreid@romclaw.com
Email: sthomas@romclaw.com

GENERAL COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE