

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 24, 2020**

*Mark X. Mullin*

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| MFF DCK, LLC, *et al.,* [1] | § | |
| | § | Case No. 17-40850-mxm7 |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |
| | § | |
| SHAWN K. BROWN, as | § | |
| Chapter 7 Trustee, | § | |
| | § | ADVERSARY NO. 19-04030-mxm |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| VICTORY PACKAGING, L.P. | § | |
| Defendant. | § | |

---

[1] The Debtors and their respective case numbers are as follows: MFF DCK, LLC (Case No. 17-40850-rfn7); My Fit Foods California, LLC (Case No. 17-40853-mxm7); My Fit Foods Oklahoma, LLC (Case No. 17-40855-mxm7); Fit Dog, LLC (Case No. 17-40857-rfn7); Rojo Pedro, LLC (Case No. 17-40859-rfn7); My Fit Dallas, LLC (Case No. 17-40860-mxm7); My Fit Foods, LLC (Case No. 17-40861-rfn7); My Fit Foods Payroll, LLC (Case No. 17-40863-mxm7); My Fit Foods Arizona, LLC fka MFF Dallas South, LLC (Case No. 17-40864-mxm7); MFF South Houston, LLC (Case No. 17-40865-rfn7); My Fit Foods Colorado, LLC (Case No. 17-40866-mxm7); Chita Dog, LLC (Case No. 17-40867-rfn7); My Fit Nation, LLC (Case No. 17-40868-mxm7); My Fit Foods Illinois, LLC (Case No. 17-40869-rfn7); My Fit Foods Nevada, LLC fka MFF Longhorns (Case No. 17-40871-rfn7); My Fit Foods USA, LLC fka Mendias & Milton, LLC (Case No. 17-40872-mxm7); MFF Hillbird, LLC (Case No. 17-40873-rfn7).

---

**ORDER OF DISMISSAL WITH PREJUDICE**                                                    **1**

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| MFF DCK, LLC, *et al.,* [2] | § | |
| | § | Case No. 17-40850-mxm7 |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |

| | | |
|---|---|---|
| | § | |
| SHAWN K. BROWN, as | § | |
| Chapter 7 Trustee, | § | |
| | § | ADVERSARY NO. 19-04026-mxm |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| SCL COLD CHAIN, LLC | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the *Trustee's Motion to Dismiss with Prejudice* (the "Motion to Dismiss") filed by Shawn K. Brown, as Chapter 7 Trustee of the above referenced Debtors (the "Trustee"). Having considered the Motion to Dismiss, the Court finds that the Trustee is entitled to the relief sought therein and that the Motion to Dismiss should be GRANTED. Accordingly, it is

---

[2] The Debtors and their respective case numbers are as follows: MFF DCK, LLC (Case No. 17-40850-rfn7); My Fit Foods California, LLC (Case No. 17-40853-mxm7); My Fit Foods Oklahoma, LLC (Case No. 17-40855-mxm7); Fit Dog, LLC (Case No. 17-40857-rfn7); Rojo Pedro, LLC (Case No. 17-40859-rfn7); My Fit Dallas, LLC (Case No. 17-40860-mxm7); My Fit Foods, LLC (Case No. 17-40861-rfn7); My Fit Foods Payroll, LLC (Case No. 17-40863-mxm7); My Fit Foods Arizona, LLC fka MFF Dallas South, LLC (Case No. 17-40864-mxm7); MFF South Houston, LLC (Case No. 17-40865-rfn7); My Fit Foods Colorado, LLC (Case No. 17-40866-mxm7); Chita Dog, LLC (Case No. 17-40867-rfn7); My Fit Nation, LLC (Case No. 17-40868-mxm7); My Fit Foods Illinois, LLC (Case No. 17-40869-rfn7); My Fit Foods Nevada, LLC fka MFF Longhorns (Case No. 17-40871-rfn7); My Fit Foods USA, LLC fka Mendias & Milton, LLC (Case No. 17-40872-mxm7); MFF Hillbird, LLC (Case No. 17-40873-rfn7) (collectively, the "Debtors").

ORDERED that all claims asserted or that could be asserted by the Trustee against

Victory Packaging, L.P.  are DISMISSED WITH PREJUDICE; it is further,

ORDERED that each of the parties shall bear its own legal fees and costs.


## END OF ORDER ##

Respectfully submitted by:


*/s/ Shannon S. Thomas*
Kevin D. McCullough
State Bar No. 00788005
Kathryn G. Reid
State Bar No. 24068126
Shannon S. Thomas
State Bar No. 24088442
ROCHELLE MCCULLOUGH, LLP
325 North St. Paul, Suite 4500
Dallas, Texas 75201
(214) 953-0182 (Telephone)
(214) 953-0185 (Facsimile)
Email: kdm@romclaw.com
Email: kreid@romclaw.com
Email: sthomas@romclaw.com

GENERAL COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE